**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: November 21, 2022
Docket #: 22-956cv
Short Title: Demarest v. Underhill

DC Docket #: 21-cv-167
DC Court: VT (BURLINGTON)
DC Judge: Sessions

## INSTRUCTIONS FOR COUNSEL AND PRO SE LITIGANTS
## WHO WILL APPEAR IN PERSON FOR ARGUMENT

**Argument Date/Time:** Thursday, December 1, 2022 at 10:00am
**Location:** Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY, 10007, 17th Floor, Room 1703

**Time Allotment:** 5 minutes per side

Counsel and pro se litigants presenting oral argument must register with the courtroom deputy 30 minutes before argument.

Individuals who arrive at the courthouse for argument must meet the health screening requirements and entrance protocols specified at the entrance to the building. All persons must <u>wear a mask at all times</u> in the building, including in the courtroom and during oral argument. When registering, all individuals arriving for argument must advise the courtroom deputy whether they are vaccinated or unvaccinated. A vaccinated person must show proof of vaccination. An unvaccinated person must present a negative Covid test result. The test must have been administered no more than 72 hours prior to the day of argument. If an unvaccinated person does not present a Covid test result as described above, that person's argument will be taken on submission. The individuals who accompany those who argue also must comply with the vaccination protocol described above.

Upon registering with the courtroom deputy, the persons arguing the first case may take seats at the lectern. The persons arguing the second case may take seats in the courtroom gallery. Those arguing subsequent cases may take seats in the lawyers' anteroom. The tables typically set aside for those who argue must remain unoccupied.

The Court will continue to offer a livestream audio of the oral arguments.

All parties are advised that the Court may change the procedures for participating in oral

argument on short notice based upon updated public health information. Similarly, in deference to pandemic-related considerations, a hybrid argument may be held, combining in-person and remote participation by judges and parties.