UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| DAVID P. DEMAREST, | CASE NO: 22-956 |
| Plaintiff-Appellant | |
| v. | |
| TOWN OF UNDERHILL, et al. | |
| Defendant-Appellees | |

<u>Letter to the Court Providing Citation of Supplemental Authority</u>

Pursuant to the Federal Rules of Appellate Procedure, Rule 28(j), Plaintiff-Appellant David P. Demarest provides the following supplemental citation: *Donnelly v. Maryland*, --- F.Supp.3d ----, (2022) Only the Westlaw citation is currently available: 2022 WL 1502350

This recent decision in a different District Court provides a very well-reasoned District Court response to very similar issues argued on a Rule 12(b)(6) motion to dismiss involving: (1) the proper determination of accrual as it relates to statute of limitations defenses,

(2) the inapplicability of res judicata defenses,

(3) the inapplicability of Rooker-Feldman Doctrine defenses.

Respectfully submitted this 24th day of November 2022.

By: <u>/s/: David Demarest</u>
David P. Demarest, *Pro Se*
P.O. Box 144
Underhill, VT 05489
(802) 363-9962
david@vermontmushrooms.com
