# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| DAVID P. DEMAREST, | CASE NO: 22-956 |
| Plaintiff-Appellant | |
| v. | |
| TOWN OF UNDERHILL, et al. | |
| Defendant-Appellees | |

### Letter Requesting Increase in Time Allotted for Oral Argument

Plaintiff-Appellant David P. Demarest respectfully requests the time allotted for oral arguments be increased from 5 minutes per side to 10 minutes per side to significantly aid the decision process.

Opposing Counsel has agreed with this request.

Respectfully submitted this 24th day of November 2022.

By: /s/: David Demarest
David P. Demarest, *Pro Se*
P.O. Box 144
Underhill, VT 05489
(802) 363-9962
david@vermontmushrooms.com