# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of December, two thousand twenty-two.

Before:    William J. Nardini,
       *Circuit Judge,*

_____

David P. Demarest,

   Plaintiff - Appellant,

v.

Town of Underhill, et al.,

   Defendants – Appellees.

_____

**ORDER**

Docket No. 22-956

  Appellant, proceeding pro se, moves for a 30-day extension, until January 20, 2023, to file a petition for rehearing or rehearing *en banc*.

  IT IS HEREBY ORDERED that the motion is GRANTED. No further extensions will be granted.

            For the Court:

            Catherine O'Hagan Wolfe,
            Clerk of Court

