## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Demarest v. Underhill**   Docket No.: **22-956**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **Michael M. Berger**

Firm: **Manatt, Phelps & Phillips, LLP**

Address: **2049 Century Park East, Suite 1700, Los Angeles, CA 90067**

Telephone: **310-312-4185**   Fax: **310-312-4224**

E-mail: **mmberger@manatt.com**

Appearance for: **Appellant David P. Demarest**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: **David P. Demarest** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **January 12, 2023**   OR

☐ I applied for admission on _____ .

Signature of Counsel: **/s/ Michael M. Berger**

Type or Print Name: **Michael M. Berger**